■ THE PEOPLE OF THE STATE OF NEW YORK, by ERIC SCHNEIDERMAN, Attorney General of the State of New York, Appellant,

v FRISCO MARKETING OF NY LLC, Doing Business as SMARTBUY, et al., Defendants, and WILLIAM COLLINS, Individually and as an Officer and/or Director of ROME FINANCE CO., INC. and Others, Doing Business as MILITARY ZONE AND SMARTBUY, Respondent. [951 NYS2d 409]—Appeal from an order of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), dated May 6, 2011. The order, insofar as appealed from, granted the motion of defendant William Collins to dismiss the complaint and dismissed the complaint against him.

It is hereby ordered that the order insofar as appealed from is unanimously reversed on the law without costs, the motion is denied and the complaint is reinstated against defendant William Collins, individually and in his corporate capacity (*see People v Frisco Mktg. of NY LLC*, 93 AD3d 1352 [2012]). Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.